Motion GRANTED as unopposed.

IN THE UNITED STATES DISTRICTCOURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DANIEL S. GOOLSBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:10-0040 |
| | ) |
| HIGH CALIBER SERVICES, | ) |
| | ) |
| Defendant. | ) |

MOTION FOR VOLUNTARY DISMISSAL

Comes the Plaintiff pursuant to Fed. R. Civ. Pro. Rule 41 and request that this Honorable Court grant him the right to file a voluntary dismissal.

Respectfully submitted,

/s/ Phillip L. Davidson
Phillip L. Davidson, #6466
2400 Crestmoor Road
Suite 107
Nashville, Tennessee 37215
(615) 386-7115